# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| J. BRIAN WILLIAMS | § | |
| | § | CIVIL ACTION NO. 4:22CV5 |
| V. | § | JUDGE MAZZANT/JUDGE JOHNSON |
| | § | |
| PAUL KEITH LICARI | § | |
| | § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 3, 2024, the Magistrate Judge entered a Report and Recommendation (Dkt. #22) that Plaintiff J. Brian Williams's Motion to Support Court Jurisdiction (Dkt. #20) and Motion to Support Court Jurisdiction (Dkt. #21) be denied. The Magistrate Judge further recommended that this case be transferred to the Northern District of California.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Support Court Jurisdiction (Dkt. #20) and Motion to Support Court Jurisdiction (Dkt. #21) are **DENIED**, and this case is **TRANSFERRED** to the Northern District of California.  The Clerk of Court shall transfer the electronic case file to the Northern District of California.

**IT IS SO ORDERED**.
**SIGNED this 2nd day of August, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE