J. Brian Williams
8749 Wade Blvd
Frisco, Texas 75034
918-605-9995
Email: rooktheorder@gmail.com
Pro Se Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J. Brian Williams, | ) | Case No.: 5:24-cv-05949-NW |
| Plaintiff(s), | ) | **PLAINTIFF'S MOTION TO DISMISS** |
| vs. | ) | |
| Paul Keith Licari, | ) | |
| Defendant(s). | ) | |

//

PLAINTIFF'S MOTION TO DISMISS

Comes now J. Brian Williams, Plaintiff in the above numbered and entitled cause and moves the Court to dismiss this case because all matters in controversy have been resolved to the satisfaction of the Plaintiff.

1
PLAINTIFF'S MOTION TO DISMISS

DATED: February 26, 2025

                                      *J. Brian Williams*
                                      J. Brian Williams

ORDER

On this the 24th day of March, 2025, came on to be considered the above and foregoing motion of the Plaintiff and the Court being of the opinion that it should in all things be granted, it is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that the above numbered and entitled cause be and it is hereby Dismissed, with prejudice.



IT IS SO ORDERED
Judge Noël Wise
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA